UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YVONNE NKRUMAH, )
)
Plaintiff, )
)
v. ) Civil Case No. 20-1892 (RJL)
)
MICHAEL R. POMPEO, et al., )
)
Defendants. )

## ORDER

October 26th, 2020 [Dkt. #13]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that plaintiff's motion for a preliminary injunction [Dkt. #13] is DENIED.

SO ORDERED.

RICHARD J. LEON
United States District Judge